**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00480-CV

### CITY OF CELINA, Appellant

### V.

### LEWIS DICKERSON, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02766-2010**

## ORDER

We **GRANT** appellees' June 13, 2013 motion for an extension of time to file a brief. We

**ORDER** the brief tendered to this Court by appellees on June 13, 2013 filed as of the date of this

order.

/s/    CAROLYN WRIGHT
          CHIEF JUSTICE